NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DONALD A. TANGWALL,

     Plaintiff-Appellant,

 v.

LARRY D. COMPTON, Bankruptcy
Trustee; CABOT CHRISTIANSON,
Attorney, Attorney for Larry Compton;
GARY A. SPRAKER, Bankruptcy Judge;
FRED CORBIT, Bankruptcy Judge; KAY
HILL, Anchorage Trustee Office; MARK
WEBER, United States Trustee Office,
Seattle, Washington,

     Defendants-Appellees.

No. 22-35066

D.C. No. 4:18-cv-00007-SLG

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Alaska
Sharon L. Gleason, District Judge, Presiding

Submitted August 17, 2022[**]

Before:  S.R. THOMAS, PAEZ, and LEE, Circuit Judges.

   Tangwall filed his notice of appeal and motion to proceed in forma pauperis

---

   [*]  This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

   [**]  The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

("IFP") in docket No. 19-80175. This court reviewed Tangwall's notice of appeal and accompanying documents and allowed this appeal to proceed. Tangwall's motion to proceed IFP in this appeal is granted.

Donald A. Tangwall appeals pro se from the district court's supplemental order declaring him a vexatious litigant and entering a pre-filing review order against him. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Ringgold-Lockhart v. County of Los Angeles*, 761 F.3d 1057, 1062 (9th Cir. 2014). We affirm.

The district court did not abuse its discretion in declaring Tangwall a vexatious litigant and entering a pre-filing review order against him because all of the requirements for entering a pre-filing review order were met. *See id*.

All pending motions and requests are denied.

**AFFIRMED.**

22-35066